ARBONA BROTHERS, PLAINTIFFS AND APPELLEES, v. H. C.
CHRISTIANSON & Co., DEFENDANTS AND APPELLANTS.

APPEAL from the District Court of Ponce in an Action for
Rescission and for Damages.

No. 1357.—Decided 'January 28, 1916.

Decided on the grounds of the opinion delivered in .Case No. 1356, *Aparicio
Brothers* v. *H. C. Christianson & Co., ante.*

*Messrs. Frank Antonsanti* and *Francis E. Neagle* for the
appellant.

*Mr. José Tous Soto* for the appellees.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Al-
drey and Hutchison concurred.